WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 08-3256M |
|     Plaintiff, | ) | |
| vs. | ) | |
| Gregory Bingaman, | ) | **ORDER** |
|     Defendant. | ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on June 26, 2008.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 30th day of June, 2008.

Lawrence O. Anderson
United States Magistrate Judge